**RIMAC MARTIN, P.C.**
ANNA M. MARTIN, ESQ. (NV Bar No. 7079)
amartin@rimacmartin.com
P.O. Box 7028
Incline Village, NV 89450
Telephone: (775) 833-2269
Facsimile: (775) 833-2279

1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant:
BLUE CROSS OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

E-FILING

| | |
|---|---|
| HEIDI-KARIN ALBRECHT JOHNSON, | CASE NO. 2:10-cv-00803 PMP LRL |
| Plaintiffs, | |
| vs. | ORDER GRANTING *EX PARTE* MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| BLUE CROSS OF CALIFORNIA, | (LR 6-1, 45-1, 45-3) |
| Defendant. | |

The Court, having considered defendant BLUE CROSS OF CALIFORNIA's *Ex Parte* Motion to Extend Time to Respond to Complaint and good cause appearing hereby grants the motion, and orders that BLUE CROSS OF CALIFORNIA answer or otherwise respond to plaintiff's complaint on or before July 5, 2010.

-1-

Albrecht v. Blue Cross of CA
Order Granting *EX PARTE* MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT                             CASE NO. 2:10-cv-00803 PMP LRL

**IT IS SO ORDERED:**

DATED:  June 4, 2010

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE